UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARY DONOFRIO,

    Plaintiff,                               Case No. 3:19-cv-58

vs.

AUTO-OWNERS (MUTUAL)           District Judge Walter H. Rice
INSURANCE COMPANY,             Magistrate Judge Michael J. Newman

    Defendant.

## RECUSAL ORDER

The undersigned hereby **RECUSES** himself from this matter and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

Date:  July 14, 2020                         s/ Michael J. Newman
                                                             Michael J. Newman
                                                             United States Magistrate Judge