**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MARY DONOFRIO, | : | CASE NO. 3:19-cv-58 |
| | : | |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| | : | |
| v. | : | |
| | : | |
| AUTO-OWNERS (MUTUAL) | : | **NOTICE OF SUBSTITUTION AND** |
| INSURANCE COMPANY, | : | **WITHDRAWAL OF COUNSEL AS TO** |
| | : | **GLEN R. MCMURRY ONLY** |
| Defendant. | | |

___

Defendant hereby gives notice that Matthew J. Bakota is substituting as co-counsel for Defendant Auto-Owners (Mutual) Insurance Company, in place of Glen R. McMurry who has changed law firms and therefore withdraws as counsel. Peter Schwingler shall remain as co-counsel for Defendant Auto-Owners (Mutual) Insurance Company.

        Respectfully submitted,

        */s/ Glen R. McMurry*
        Glen R. McMurry (0082600)

        */s/ Matthew J. Bakota*
        Matthew J. Bakota (0079830)
        DINSMORE & SHOHL LLP
        1 South Main Street, Suite 130
        Dayton, Ohio 45402
        Phone: (937) 449-6400
        Fax: (937) 449-2821
        matthew.bakota@dinsmore.com

Peter J. Schwingler (pro hac vice)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1564
Fax: (612 335-1657
peter.schwingler@stinson.com

Co-counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon all counsel of record via this Court's electronic filing system this 8th day of March 2022.

/s/ Matthew J. Bakota
Matthew J. Bakota (0079630)