**FAIRNESS HEARING**
**BEFORE JUDGE WALTER H. RICE**

**Case Nos. 3:19cv58**                                        **Date: July 5, 2022**

**Case Caption:  Mary Donofrio, etc., et al. v. Auto-Owners (Mutual) Insurance Company**

**Court Reporter:  Debra Futrell**            **Courtroom Deputy:  Tisha Parker**

**Plaintiff Counsel: Erik Peterson, Steve Whetstone**

**Defendant Counsel: Matthew Bakota, Pete Schwingler**

**PROCEEDINGS: Settlement Fairness Hearing held on docket numbers 28 and 29, Unopposed Motion for Preliminary Approval of Class Settlement and Supplemental Memorandum Supporting Motion for Preliminary Approval of Class Settlement**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|--|--|
|    |    |      |          |      |      | Identified | Offered | Admitted |
|    |    | Court convened<br>- Statement by the Court |  |  | 2:30<br>2:30 |  |  |  |
| X  |    | Statement by counsel for plaintiffs | Peterson |  | 2:34 |  |  |  |
|    | X  | Statement by counsel for defendant | Schwingler |  | 2:37 |  |  |  |
|    |    | The Court states it is satisfied with the notice used |  |  | 2:38 |  |  |  |
| X  |    | Statement by counsel for plaintiffs<br>Statement by the Court<br>Further statement by counsel for plaintiffs | Peterson |  | 2:39<br><br>2:44<br>2:45 |  |  |  |
|    | X  | Statement by counsel for defendant | Schwingler |  | 2:48 |  |  |  |
|    |    | Statement by the Court |  |  | 2:49 |  |  |  |
| X  |    | Statement by counsel for plaintiffs | Peterson |  | 2:49 |  |  |  |
|    | X  | Statement by counsel for defendant | Schwingler |  | 2:51 |  |  |  |
|    |    | The Court finds that the request for attorneys' fees is reasonable |  |  | 2:51 |  |  |  |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|--|--|
|    |    |      |          |      |      | Identified | Offered | Admitted |
| X  |    | Statement by counsel for plaintiffs | Peterson | | 2:51 | | | |
|    |    | The Court finds that this settlement is fair, reasonable, and adequate to the class as a whole and approves the settlement | | | 2:52 | | | |
|    |    | Statement by the Court | | | 2:53 | | | |
|    |    | Court recessed | | | 2:54 | | | |